## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

### <u>Court Minutes</u>

CHAPTER:     7
DATE:         August 9, 2010
JUDGE:        Pamela Pepper
CASE NO.     2009-25224
DEBTOR:     Jerry Williams
ADV. NO.:    2009-2475
ADV.:         William T. Neary vs. Saleena Wilkerson
NATURE OF HEARING:    Pretrial Conference
APPEARANCES:     Amy Ginsberg - Attorney for the plaintiff
                      Salenna Wilkerson - Pro de defendant
COURTROOM DEPUTY:    Kristine Wrobel
TIME:         10:04 a.m. - 10:23 a.m.
ADJOURNED DATE:

_____

     The Court noted that the trial was scheduled for August 19, 2010 at 9:30 a.m. in Room 149.  The Court explained that counsel for the plaintiff had filed a pretrial report, in which she indicated that she had not been able to prepare a joint report because she could not get in touch with the defendant.  The pretrial report included the plaintiff's proposed witnesses and the exhibits the plaintiff planned to present as evidence at the trial.  The defendant stated that she was in the process of obtaining new counsel, and asked for more time to do so.  The Court stated that it was not going to adjourn the trial date, and advised the defendant that if she did obtain new counsel, that attorney should file a notice of appearance.  The defendant had not filed a witness list, and did not identify any witnesses at the hearing, but stated that she believed that there were people who could testify on her behalf.  The defendant asked if her previous attorney had provided a witness list; the Court responded that there was no witness list on file.  The Court explained that the defendant needed to provide the plaintiff with a list of witnesses that she was planning on calling for the trial, as well as the fact that she needed to provide counsel for the plaintiff with copies of any exhibits she planned to introduce.  The Court gave the defendant until August 13, 2010 to provide the witness list to counsel for the plaintiff.

     The defendant stated that she had not obtained a copy of her case file from her previous attorney.  The Court advised the defendant to obtain a copy of her file. Counsel for the plaintiff added that she would mail the defendant with copies of the exhibits the plaintiff planned to introduce, as well as copy of the pretrial report. The Court reviewed the trial procedures, and reiterated to the parties that the trial would proceed on August 19, 2010 at 9:30 a..m. in Room 149.

1