Definition of cause to prepare to follow

UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED

2010 AUG 13 PM 9:07

AFTER HOURS