

**FAX**

For: Michelle S. Y. Cramer
Fax number: 414-297-4478
From: Saleena Wilkerson
Fax number: 414-297-4478
Date: 4-9-08
Regarding: Informational Notice
Number of pages: 6

Comments:

Any questions I can Be Reached
9am-9pm at 414-438-1400
anytime 414-234-1765

mailing address
P.O. Box 241941
Milwaukee, WI 53224

#2

Case 09-02475-pp    Doc 16-2    Filed 08/13/10    Page 1 of 6

Saleena Wilkerson
P O Box 241941
Milwaukee, WI 53224
April 8, 2008

U S Department of Justice
Attorney for United State Trustee, Michelle S Cramer, Suite 430
517 East Wisconsin Avenue
Milwaukee, WI 53202

**RE: Informational Notice Only For Your Records**

Dear Michelle S. Y. Cramer:

I have received a verbal request to <u>spend more time with my customers</u> (sent through Valerie Holt), <u>making sure that they have all the necessary documents at hearing.</u> I have attached a **new disclosure to acknowledge & address verbal request** from unknown source of Valerie's hearing.

Please contact me immediately <u>only if necessary</u>, if I have been misinformed in any way, if any of the disclosures are not approved, or if the attached documents are violating any law. This is my remedy to eliminate a potential issue. **Again Informational Notice Only To Insure I am In Compliance of what a Bankruptcy Petition Preparer Must Do.**

Feel free to contact me with any questions or concerns: 414-438-1400 Office 9-9, Cell phone 414-2?4-1765 or By Mail:
A Z Business Solutions
P O Box 241941
Milwaukee, WI 53224


Sincerely,

*Saleena Wilkerson*
Saleena Wilkerson
Bankruptcy Petition Preparer
Attached: Customer Disclosures for Your Records, which I have every customer sign.

# What You Must Take To Hearing Disclosure

## WHAT YOU SHOULD BRING TO YOUR COURT APPOINTMENT
The Court Request That You Are Notified To Bring The Following Items: (If Applies)

- **Vehicles.** Please bring a **copy of the title** for each vehicle you own.
- **Secured Creditors.** For each secured debt we will need the **note, security agreement and current pay-off balance**. (A secured debt is a loan for which you pledged your property as collateral to secure the loan. Common secured loans include car loans, mortgages and loans from finance companies.)
- **Monthly Income.** We will need all **paycheck stubs for the last six months** (Or more precisely, all paycheck stubs for the six months preceding the month in which your bankruptcy is to be filed.) It may be easiest for you to get this information from your employer.
- **Income Tax Returns.** Bring a copy of your income tax returns for the most recent year 2007, 2006, and 2005.
- **Bank Accounts.** We will need copies of your bank statements for the last six months.
- **Life Insurance.** If you have any life insurance policies that can be cashed in for money or borrowed against, we will need a statement showing the cash value.
- **Retirement Plan.** If you have a retirement plan, profit sharing plan, 401(k) or IRA we'll need a statement showing the balance.
- **Personal Injury Claim.** If you have sued someone (or plan to sue someone) for a personal injury you have incurred, please bring all the paper work (if any) that you have related to your claim. We also need to know about any other claims you may have.
- **Lawsuits.** If you have been sued in the last twelve months, please bring all the paper work that you have related to the lawsuit.
- **Real Estate.** If you own any real estate, we will need the following information:
  - The street address of the property;
  - Recorded copies of the mortgage and mortgage note;
  - A recent statement showing the current pay-off balance on the mortgage;
  - A copy of the most recent property tax bill showing the assessed value; and
  - If a foreclosure proceeding has been started, please bring all paper wok you have related to the foreclosure.

I understand that the United State Bankruptcy Court request that I am notified to bring the documents listed above, (that apply) to my court hearing. Also notify me of any changes since your last visit.

Pro Se Filler Signature _____ Date _____

Verbal Request by trustee 4/2/2008 CVH
Created 4/2/2008

# Consumer Disclosure

**Bankruptcy Petition Preparers Are Not Attorneys
And are forbidden to do the following:**

- ✓ May not Represent debtors in any bankruptcy proceeding
- ✓ Provide legal advice of any kind (**CAN NOT ANSWER ANY QUESTION you must seek legal advise from an attorney, any answer is The Unauthorized Practice of Law. Any advice is a disservice to you who seek clerical assistance.**) Initials____
- ✓ Legal advice includes:
    - Telling you which bankruptcy to file (**advice clients about the difference between, and benefits of, a bankruptcy case filed under chapter 7 and that of a chapter 13.**) Initials____
    - Telling you not to list certain debts
    - Telling you not to list certain assets
    - Telling you what property to exempt
- ✓ Bankruptcy Petition prepares may only type bankruptcy document and must charge a reasonable fee. ( **Can only prepare specifically requested documents provided by customer, and do not make any suggestion or assist in answering correspondence, seek legal advice from an attorney)** Initials____
- ✓ A bankruptcy petition preparer may not sign any bankruptcy documents on your behalf. As the debtor you must sign the bankruptcy documents.
- ✓ A bankruptcy petition preparer may not collect, receive, or handle the court fees in connection with your bankruptcy case. You must pay your court fee to the court.

**Bankruptcy Petition Preparers Are Not Attorneys
Must Do:**

- ✓ The bankruptcy petition preparer must include preparers information and sign documents
- ✓ You must provide you with a complete copy of bankruptcy documents at the time of signing documents
- ✓ Must file a declaration for fee collected

**Responsibilities are to fill- in documents with appropriate information provided by debtor. <u>We Do Not Talk We Only Type.</u>**

If you believe that your rights have been violated or that a bankruptcy petition preparer failed to comply with the law, you may wish to contact an attorney, your bankruptcy trustee, or the United States Trustee 414-297-4499. Also make sure you have a exact copy of all documents provided.

Consumer _____    Date _____

Preparer _____    Date _____

**We Only Type Disclosure**
All question must be answered by and attorney, I will not answer any questions, we only prepare bankruptcy papers, We Can Not Talk We Only Type.

Page 1                                                   Created March 5, 2008

# The Filing Fee in Installments Disclosure

Pursuant of Federal Rule of Bankruptcy Procedure 1006, the installment fees <u>may</u> be granted if <u>no</u> other party has been paid for rendering services in the case prior to the payment of filing fee.

Fees are:
299.00 Chapter 7
274.00 Chapter 13

Signature _____

Preparer _____

Make sure you have a exact copy of this document. If you do not understand please seek legal advise.

# Unauthorized Practice of Law Bankruptcy Disclosure

We are forbidden to provide legal advice of any kind **(CAN NOT ANSWER ANY QUESTION you must seek legal advise from an attorney, any answer is The Unauthorized Practice of Law. Any advice is a disservice to you who seek clerical assistance.)**
Initials____

What are the most common unauthorized practice of law complaints?

*Family law: divorces, separations, child custody issues*

Real estate: deed preparation, mortgage preparation, and transfer of property

Estates and wills: living trusts, durable powers of attorney

Bankruptcy proceedings

Form preparation

**The court house has a self help center and can assist you with all your paper work at no charge.**

**We are not attorneys and give no legal advice. We answer no questions seek legal advice. We type documents only.**

**Signature**_____ **Date** _____

**Preparer** _____ **Date** _____

old