# Consumer Disclosure

**Bankruptcy Petition Preparers Are Not Attorneys and are forbidden to do the following:**

- ✓ May not Represent debtors in any bankruptcy proceeding
- ✓ Provide legal advice of any kind (A Z Business Solutions CAN NOT ANSWER ANY QUESTION you must seek legal advise from an attorney, any answer is The Unauthorized Practice of Law. Any advice is a disservice to you who seek clerical assistance.) Initials _____
- ✓ Legal advice includes:
  - Telling you which bankruptcy to file (A Z Business Solutions can not advice clients about the difference between, and benefits of, a bankruptcy case filed under chapter 7 and that of a chapter 13.) Initials _____
  - Telling you not to list certain debts
  - Telling you not to list certain assets
  - Telling you what property to exempt

- ✓ Bankruptcy Petition prepares may only type bankruptcy documents and must charge a reasonable fee. ( Can only prepare specifically requested documents provided by customer, and do not make any suggestion or assist in answering correspondence, seek legal advice from an attorney) Initials _____
- ✓ A bankruptcy petition preparer may not sign any bankruptcy documents on your behalf. As the debtor you must sign the bankruptcy documents.
- ✓ A bankruptcy petition preparer may not collect, receive, or handle the court fees in connection with your bankruptcy case. You must pay your court fee to the court.

**Bankruptcy Petition Preparers Are Not Attorneys Must Do:**

- ✓ The bankruptcy petition preparer must include preparers information and sign documents
- ✓ You must provide you with a complete copy of bankruptcy documents at the time of signing documents
- ✓ Must file a declaration for fee collected

If you believe that your rights have been violated or that a bankruptcy petition preparer failed to comply with the law, you may wish to contact an attorney, your bankruptcy trustee, or the United States Trustee 414-297-4499. Also make sure you have an exact copy of all documents provided.

## We Only Type... We Do Not Talk... Initials _____

Pro Se Filler _Zella m James_     Date _4-1-009_

Preparer _____     Date _4-1-2009_

BANKRUPTCY DO-IT-YOURSELF SERVICE, A NON-ATTORNEY SERVICE
Customer Service Phone: Toll Free 1-866-679-8940
www.azbusinesssolutions.org

#8