# EQUIFAX  experian  TransUnion
## Annual Credit Report Request Form

You have the right to get a free copy of your credit file disclosure, commonly called a credit report, once every 12 months, from each of the nationwide consumer credit reporting companies - Equifax, Experian and TransUnion.

**For instant access to your free credit report, visit www.annualcreditreport.com.**

For more information on obtaining your free credit report, visit www.annualcreditreport.com or call 877-322-8228.

Use this form if you prefer to write to request your credit report from any, or all, of the nationwide consumer credit reporting companies. The following information is required to process your request. Omission of any information may delay your request.

Once complete, fold (do not staple or tape), place into a #10 envelope, affix required postage and mail to: Annual Credit Report Request Service P.O. Box 105281 Atlanta, GA 30348-5281.

**Social Security Number:** ███-██-4296

**Date of Birth:** 05 / 19 / 1954

**First Name:** Zella  **M.I.** M

**Last Name:** James

**Current Mailing Address:**
House Number: 3534
Street Name: N 21 street
City: Milwakee  State: WI  ZipCode: 53206

**Previous Mailing Address** (complete only if at current mailing address for less than two years):
House Number: 7879
Street Name: N 60th street
Apartment Number / Private Mailbox: Apt 8th
City: Milwaukee  State: WI  ZipCode: 53223

I want a credit report from (shade each that you would like to receive):
- Equifax
- Experian
- TransUnion

#9

31238