# LAW OFFICES OF RINEHART, SCAFFIDI & MATHEWS

P.O. Box 11975
Milwaukee, Wisconsin 53211

PLEASE REPLY C/O
P.O. BOX ONLY

WILLIAM A. RINEHART
JOHN M. SCAFFIDI
KEVIN D. MATHEWS

TELEPHONE: (414) 963-9303
FAX: (414) 963-1376

EMAIL: JMScaffidi@rsmlaw.com
http://www.rsmlaw.com
4701 N. Port Washington Rd.
Milwaukee, WI 53212

April 3, 2009

Ms. Zella M. James
3524 N. 21st St.
Milwaukee, WI  53224

Re: **Zella M. James**
**Bankruptcy Case No. 09-24220-MDM**

Dear Ms. James:

Please be advised that the undersigned is the appointed Chapter 7 Bankruptcy Trustee relative to your bankruptcy.

First of all, I notice that the person who assisted you with this bankruptcy filing seems to want to file the tax and wage information directly with the Court, and that is not appropriate. It is to come directly to your appointed Chapter 7 Bankruptcy Trustee. That is me. With that in mind, I will need copies of your 2007 and 2008 Federal and State tax returns.

I will also need copies of all of your gross income check stubs from February and March of 2009.

In addition, you should sit down and make a handwritten list of all gross income payments you received from your employment from October, 2008 through March, 2009. You should add up all of the figures and divide by 6. The result would be your average gross monthly income for the six-month period prior to your bankruptcy filing.

I also note that you have a co-debtor, J.C. Cooley. Perhaps that relates to an automobile. I would appreciate some additional background information and documentation from you relative to that particular obligation.

I will advance my file an additional ten days, and I look forward to receiving that documentation from you within

#10

Ms. Zella M. James
Bankruptcy Case No. 09-24220-MDM

Page 2
April 3, 2009

that time. Contact me in the meantime if there are any problems or questions.

Very truly yours,

*John M. Scaffidi* /s/

John M. Scaffidi, Trustee
JMS/ds

cc: Ms. Salena Wilkerson
P.O. Box 241941
Milwaukee, WI 53224


# Business Solutions

John M Scaffidi

P O Box 11975

Milwaukee, WI 53211

April 15, 2009

Dear Mr. Scaffidi,

Thank you for the notice, I was contacted by a different trustee 4/2/2008 that told me that he wanted the people who I assist to file income documents with papers. So I apologize for any inconvenience I may have caused. I will not attach income document(s) to any bankruptcy filing as of 4/15/2009, the date I received notice that this is not appropriate.

Mr. Scaffidi I also contacted Ms Zella M James at 414-940-6061 and informed her that I could help her with the request in the letter. She stated she started on the letter today also, and she will be stopping in the office soon to make any corrections.

Respectfully,

Saleena Wilkerson

Saleena Wilkerson

9 am-9pm

414-438-1400

414-438-1600

CORRESPONDENCE: A-Z Business Solutions • P.O. Box 241941 • Milwaukee, WI 53224
Office: (414) 265-0000